SIMONE BERTOLLINI
Attorney ID: NJ046
609 Franklin Ave
Nutley, NJ 07110
Tel: (973) 750-8922
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HAOTIAN SUN, <br> A# 206205930 <br> 1622 Ashland Ave, Baltimore MD 21205 <br><br> Plaintiff, <br> v. <br><br> UR M. JADDOU, <br> 111 Massachusetts Ave, <br> Washington, DC 20529; <br> ELIZABETH D. GRANT, <br> 3701 Koppers St, Baltimore, MD 20598; <br><br> Defendants. | Case No. 1:24-cv-2882 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, HAOTIAN SUN, through the undersigned counsel hereby gives notice that the above-captioned action is moot and is voluntarily dismissed.

Dated: November 25, 2024     Respectfully submitted,

    s/ *Simone Bertollini*_____
    SIMONE BERTOLLINI, ESQ.
    Attorney ID: NJ046

609 Franklin Ave  
Nutley, NJ 07110  
Tel: (973) 750-8922  
simone.bertollini@gmail.com  
*Attorney for Plaintiff*